

**WRITER'S ADDRESS:**

420 Lexington Avenue
Suite 2104
New York, NY 10170
(212) 792-9772
(212) 434-0105 fax

**Brian S. Gitnik**
Email: Gitnik@litchfieldcavo.com

August 3, 2021

**Via ECF Transmission**
Hon. Steven Tiscione
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   Ariel Saturne v. Certified Luxury Motors d/b/a Certified Luxury Motors of Valley Stream and d/b/a Certified Luxury Motors of Great Neck, Jovia Financial Credit Union and John Does 1-10
> Docket No.: 21-cv-03311 (FB/ST – EDNY)

Dear Judge Tiscione,

    Please be advised that Litchfield Cavo, LLP represents Jovia Financial Credit Union in the above-referenced matter.  As you are likely aware, the Court recently set this matter down for an initial conference on Monday, August 23, 2021 at 11:30 a.m. (See Docket No. 12).  Unfortunately, I am unavailable to appear on that date and at that time. I have communicated with counsel about my unavailability and to determine what date works for everyone's schedule, hoping that any proposed date is acceptable to your Honor as well.  With this background in mind, I am writing at this time with the consent of all counsel to respectfully request a brief adjournment of the conference to either Tuesday, September 14, 2021 or Wednesday, September 15, 2021 before 3:00 p.m.

    The Court's time and attention to this matter is greatly appreciated.  Should you require anything further, please do not hesitate to contact us at any time.

Very truly yours,

*Brian S. Gitnik*

_____
Brian S. Gitnik

cc:   **Via ECF Transmission**
      All Parties